# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 16, 2012

Sheryl L. Loesch
United States District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 11-10695-DD
Case Style: James Logan v. Andrew Smith, et al
District Court Docket No: 3:07-cv-01156-TJC-JBT

The enclosed item was received from the Appellant in the captioned closed appeal and appears
to be a filing for your Court.  No further action will be taken by this office with regards to the filing.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Tonya L. Richardson, DD
Phone #: (404) 335-6176

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMES ALEXANDER LOGAN        CASE NO: 3:07-1156-J-32 TRK
Plaintiff     PRO SE         APPEAL NO: 11-10695 dd

VS

Capt. ANDREW D. SMITH et. Al
Defendant(s)

**PETITION FOR INJUNCTION FOR PROTECTION AGAINST REPEATED VIOLENCE F.S. 2007 Ch. 784.046-047 and PETITION FOR A RESTRAINING ORDER Fed.R.Civ.P. 4.05.**

I. Plaintiff JAMES ALEXANDER LOGAN resides at FLORIDA STATE PRISON 7819 N.W. 228th St. Raiford, Florida 32026 PRISON # 400683: Plaintiff petition this court for an Injunction for Protection against repeated violence, pursuant 784.046 F.S. and Petition for an Restraining Order, pursuant Fed. R. Civ. P. 4.05 rule against Capt. Smith Lt. R. Bonsall, Sgt. D. Williams;

II. Defendant(s) Smith, Bonsall and Williams all resides at (FSP) where Plaintiff is housed at and has retaliated against Plaintiff with violence through other means through other correctional officers who names are: Sgt. Joe Bruchacon C/O B. Cauthen, C/O C. Gray, Capt. Raize, Sgt. Cowen (SEE) Attached Grievances as Exhibit (A): Plaintiff contends that he has suffer repeat violence by been sprayed with mace and continue to be denied to eat my meals by the above officers due to retaliation, due to my lawsuit still pending (SEE) above case no:#s and 11th Circuit Court of Appeals order that was issue on August 29, 2011, under Appeal No: 11-10695d which opinion vacated this court order dated 2-2-2011: Plaintiff contends Capt. Smith order was carried out on August 14, 2011 by C/O Gray C/O Cauthen and Sgt. Cowen to set Plaintiff up by breath of security violations (SEE) Exhibit (B) Grievance:

P.1.

III. Plaintiff contends he genuinely fears repeated violences by defendants Smith, Bonsall, D. Williams through other means through other correctional officers at (FSP) who names are Capt. Raize, Sgt. Cowen, C/O Gray C/O Cauthen Sgt. Bruchacon who has denied to feed plaintiff and sprayed plaintiff with mace and falsified d/R report to justify their misconduct (see) Exhibit(R) and has set plaintiff up, so plaintiff can be kill or physical assaults upon by them by utilizing another inmate to set the stage to stop plaintiff from going to c.m.(3). (see) inmate Eddie Jones #089327 declaration statement in support.

IV. Plaintiff seeks an immediately injunction and restraining order against defendants Andrew A. Smith, Robert Bonsall, D. Williams at (FSP) and against other officers who is not apart of sue at (FSP) who names are Capt. Raize, Sgt. Cowen, Sgt. Bruchacon C/O B. Cauthen, C/O L. Gray enjoining him or her from committing any futher acts of violences or deprivation of plaintiff rights to the 8th and 14th U.S. constitutional by depriving plaintiff his fundamental right to received his meals at (FSP) as well violating plaintiff 1st U.S. constitutional and due process of procedural under Fla. constitution Art. I, 9. Against plaintiff an injunction and restraining order is needed against the named defendants Smith, Bonsall, Williams and provide any term the court deems necessary for the protection of plaintiff and including any injunction or directives to law enforcement agencies.

V. Plaintiff requesting this court to issue and order to the warden Singer to have plaintiff transferred to Lake Butler institution to remained there until plaintiff advance off cmo this the relief plaintiff seeking from this court an there the plaintiff requesting immediately actions by the court as plaintiff fears for his life and safety at (FSP). and if the court does not feel like a transfer is necessary then petitioner requesting that this court issue an order to the warden with a restraining order to have all defendants and non defendants officers to stay (50) feets from round me as a protection order.

VI. FlA. PlEAding And PRACTICE FORMS? 13.18. PETITION FOR Injunction For Protection Against Repeat Violence (See) FoRM 12.980 F.(1TIND) lAw in supPORT: Terrel v Thompson 935 SO. 2D 592 (App. 1st. DCA 2006) FLA. AT 784.046 And Fed. R.CIV. P. 4.05. Rule: (See) Exbibit (A) And (B) to be incoRPORAted Of Petition foR onjunction foR protection Against Repeat Violence And Restraining ORDer.

VII. BEFORE ME, THE UNDERSIGNED AUTHORITY PERSONALLY APPEARED Plaintiff, JAMES Alexander Logan # V00683 who has been SWORN And says That the following statement ARE TRUE:

/s/ James Logan
JAMES A. LOGAN
# V00683
FLORIDA STATE PRISON
7819 N.W. 228th St.
RAIFORD, Fl 32026
PRO SE

NOTARY PUBLIC:

/s/ _____

EXCUTED AT FLORIDA STATE PRISON
ON _____ 2011          MY COMMISSION EXPIRES

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true And correct copy of the foregoing petition has been Placed into The hands of Prison officials to be mail to the United States district court middle district of FlORIDA Jacksonville division and to the Attorney general office in and for TALLAHASSEE FLORIDA the Capitol PL01 32399-1050 to MR. LANCE ERIC NEFF On NOVEMBER ____ 17 2011.

RespectFully
Submitted
/s/ James Logan

## PART B - RESPONSE

| LOGAN, JAMES | Y00683 | 1110-205-005 | FLORIDA STATE PRISON | B1130S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed and evaluated. Contact with Sergeant Buchannan, Major Smith, Officer Cauthen and Officer Gray and they deny your allegations. Your issue of verbal threats has been reported to the Office of the Inspector General for further review. A review of your 229's reflects that on 9/7/11 you weighed 162 lbs and contact with the wing and they advise your last weight was 170 lbs.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

K. Adams

K. Adams
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

STEVEN F. SINGER
WARDEN
FLORIDA STATE PRISON
SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

10/21/11
DATE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding



MAILED
OCT 3 1 2011
FSP GRIEVANCE OFFICE

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Warden   ☒ Assistant Warden   ☐ Secretary, Florida Department of Corrections

Logan _____ James _____ 100683 _____ F.S.P.
Last         First      Middle Initial    Number            Institution

**Part A – Inmate Grievance**

"I need to see the Inspector General". Grievance of sensitive nature: On September 30, 2011, at approximately 4:50 P.M. through 5:25 P.M. Please review B-wing fix wing cameras accordingly 33-602.033.(4)(b)(2) policy, downstairs first floor on B-wing, and videos tapying for federal litigation evidence to be saved. I contends c/o Gray c/o C. Cauthen was feeding even meals as both officers got to 1128, 1129, cells and my cell 1130 both officers inform the food runners not to give us our trays as well as diet trays. As I receive my cup of juice from off my flap the cameras will reflect this. As I ask for my tray at that time c/o Cauthen pull out his can of mace and started spraying me telling me its pay-back bitch boy u not eaten today cause your tray is noncompliance it don't have no peanutbutter on the tray at no time I refused my meal nor inmate Brown nor inmate Mathis well we was denied our fundamental rights to receive our trays capt. Raize came down to my cell and I told him I was denied to eat by c/o Cauthen and c/o Gray and they sprayed me without any justification out of retaliation as they say my tray was a noncompliance which capt. Raize

10-2-2011 _____ James Logan, 100683
DATE              SIGNATURE OF GRIEVANT AND D.C. #

**SEE ATTACHED RESPONSE**

... SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / James Logan
                                                                        #    Signature

1110-205-005

**INSTRUCTIONS**

...used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, ...ministrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

...inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is ...Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the ...processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of ...ion. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance ...rned to the inmate for processing at the institutional level.

**Receipt for Appeals Being Forwarded to Central Office**

by the inmate on: 10/3/11   Institutional Mailing Log #: _____   K. Adams
                  (Date)                                              (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

103 (Revised 2/05)

Exhibit (B)

FLORIDA DEPARTMENT OF CORRECTIONS       10/03/2011
ISSC150 (01)      CHARGING DISCIPLINARY REPORT
                    LOG # 205-111825
---
DC#: Y00683   INMATE NAME: LOGAN, JAMES A.                INFRACTION
VIOLATION CODE: 0061   TITLE: DISOBEYING ORDER            DATE: 09/30/11
FACILITY CODE: 205   NAME: FLORIDA STATE PRISON           TIME: 17:05
---

I.  STATEMENT OF FACTS
    INMATE LOGAN, JAMES IS BEING CHARGED WITH 6-1 DISOBEYING
    ORDER, RULE OF PROHIBITED CONDUCT 33-601.314. AT APPROX.
    5:05 PM ON 9-30-11, WHILE ASSIGNED AS B-WING HOUSING OFFICER
    I WAS CONDUCTING FEEDING PROCEDURES ON THE FIRST FLOOR WITH
    OFFICER GRAY. OFFICER GRAY OPENED THE FLAP OF B-1130S, WHICH
    HOUSES INMATE LOGAN, JAMES #Y00683, B/M, SO HE COULD RECEIVE
    HIS TRAY AND JUICE. AT THIS TIME INMATE LOGAN PLACED HIS
    RIGHT HAND ONTO THE FLAP STATING, "THERE'S NO PEANUT BUTTER
    ON MY TRAY. YOU WILL HAVE TO GAS ME BITCH." I ORDERED INMATE
    LOGAN SEVERAL TIMES TO REMOVE HIS HAND FROM THE FLAP OR
    CHEMICAL AGENTS WOULD BE USED, TO NO AVAIL. CHEMICAL AGENTS
    WERE UTILIZED TO BRING INMATE LOGAN INTO COMPLAINCE WITH
    ORDERS GIVEN. THE SHIFT OIC WAS NOTIFIED AND ADVISED ME TO
    FOLLOW THROUGH WITH THIS FORMAL DISCIPLINARY REPORT AS
    PROVIDED IN SECTION 33-601.304 F.A.C.

    REPORT WRITTEN: 09/30/11, AT 17:20     BY: CAUTH - CAUTHEN, BRANDON

II. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 10/4/11, AT 9:52

    NO HEARING SHALL COMMENCE PRIOR TO 24 HOURS OF DELIVERY OF CHARGES
    EXCEPT WHEN THE INMATE'S RELEASE DATE DOES NOT ALLOW TIME FOR SUCH
    NOTICE OR THE INMATE WAIVES THE 24 HOUR PERIOD AS AUTHORIZED IN RULE
    33-601, FLORIDA ADMINISTRATIVE CODE.

        DELIVERED BY : _____ - C/O J. Alvarez

NOTICE TO INMATE:
AS AN INMATE BEING CHARGED WITH A VIOLATION OF THE RULES OF PROHIBITED
CONDUCT, YOU ARE ADVISED THE FOLLOWING:

INVESTIGATION:
AN IMPARTIAL INVESTIGATION WILL BE CONDUCTED ON THIS DISCIPLINARY REPORT.
DURING THE INVESTIGATION OF THE DISCIPLINARY REPORT, YOU WILL BE ADVISED
OF THE CHARGES AGAINST YOU AND YOU MAY REQUEST STAFF ASSISTANCE. DURING
THE INVESTIGATION YOU SHOULD MAKE KNOWN ANY WITNESSES TO THE INVESTIGATING
OFFICER. THE TESTIMONY OF WITNESSES SHALL BE PRESENTED BY WRITTEN STATEMENTS.
SEE RULE 33-601.307(3) FOR COMPLETE INFORMATION REGARDING WITNESSES. YOU WILL
HAVE THE OPPORTUNITY TO MAKE A STATEMENT IN WRITING REGARDING THE CHARGE AND
TO PROVIDE INFORMATION RELATING TO THE INVESTIGATION.

# DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☒ Warden  ☐ Assistant Warden  ☐ Secretary, Florida Department of Corrections

From: Logan  James  _____  100683  FSN
      Last   First  Middle Initial  Number  Institution

### Part A – Inmate Grievance

EMERGENCY GRIEVANCE OF A SENSITIVE NATURE. I AM SUBMITTING THIS GRIEVANCE IN GOOD FAITH. HOW ON AUGUST 14, 2011, AT APPROX 8:55 P.M. THROUGH 9:30 P.M. PLEASE REVIEW B-WING FIX WING CAMERAS ACCORDING 33-602.033 (4)(b)(1)(2) POLICY AND SAVE FOR EVIDENCE FOR LITIGATION: DURING SHOWERING THE SGT. THAT WAS ASSIGNED TO B-WING AND HIS ENFORCER OFFICERS IN FACT DID KNOWINGLY INTENTIONALLY WITH A MALICIOUS INTENT TO CAUSE HARM TO ME BY VIOLATING SECURITY BRIDGE IN VIOLATION OF CHAPTER 33-601.800-POLICY WHICH STATES: TWO OFFICERS SHALL BE PRESENT WITH A UNKNOWN INMATE AT ALL TIME TIL HE IS SECURED BY ESCORTING HIM AND SECURED HIM BEFORE ANY OTHER MOVEMENT IS DONE! I AM LETTING YOU KNOW INMATE NOBLES EDDIE HOUSED IN B112b SHOULD HAVED BEEN SECURED IN THE HOLDING CELL SHOWER BEFORE I GOT PULL. I CONTEND THAT THE CAMERAS WM REFLECTS ON B-WING FIX WING CAMERAS PLEASE REVIEW DOWNSTAIRS BOTTOM FLOOR B-WING CAMERAS ACCORDING TO THE MENTION TIMES CITED IN THIS GRIEVANCE AND SAVE VIDEOTAPES FOR EVIDENCE. AS A RESULT OFFICER FAN TO SECURED MY HAND WITH HIS CUFFS PROPER WITH NO OTHER OFFICERS AID AT MY CELL FRONT B1130 WHILE SGT. ESCORTING

8-14-11                                 SEE ATTACHED       James Logan  100683
DATE                                    RESPONSE           SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0  /James Logan
                                                                       #    Signature

1108-205-246

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

### Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 8/15/11    Institutional Mailing Log #: _____    K. adams
                            (Date)                                              (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY          CENTRAL OFFICE
               INMATE (2 Copies)             INMATE
               INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

another inmate by the name Eddie Jones the cameras will show as I exit my cell B1130 inmate Jones walk up on me in aggression was then tried to get behind me which at that time the cuff on my right hand came off my hand which cause me to react to the inmate aggression as he was trying to indicate he was in an alva mood which cause me to react in self defense as the cameras shows inmate Jones is housed in B1126 on B-wing which he was put out his cell first and he should have been secured in the shower holding cell before I was put out of B1130 according to GON.800.00101 which states: two officers shall be present at all time upon escorting an L.M.In and no other movements shall be done unless two other officers is present to escort the second inmate: the action by your officers failing to secured inmate Jones into the shower holding cell before pulling me reach security bridge violation by failing to secured inmate Jones in the shower and by failing to secure my hands properly with cuffs and by placing my life in danger as well inmate Jones by your officers failing to secured me in cuff properly in violation of S3-601.800.Policy which the cameras will reflect as I exit my cell B1130 the cuff came off my hand as inmate Jones walk upon me and against me in aggression manner: I'm requesting that the d/r be destroy cause your officers violated security bridge put me as d/r report is falsifying in violation of S3-208.002.(12). trying to cover their misconduct in violation S3-601.800.policy. I need to see the inspector general concerning this issue at hand.

Exhibit (B)

## PART B - RESPONSE

| LOGAN, JAMES | Y00683 | 1108-205-246 | FLORIDA STATE PRISON | B1130S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed and evaluated. Contact with wing staff and they deny your allegations. This incident has been reported to the Office of the Inspector General for appropriate review and disposition. Your disciplinary report is a separate issue and should be filed as such.

Based on the foregoing information, your grievance is denied.

You may obtain further administrative review of your complaint by obtaining form DC 1-303, Request for Administrative Remedy or Appeal, completing the form, providing attachments as required, and forwarding your complaint to the Bureau of Inmate Grievance Appeals.

K. Adams

STEVEN F. SINGER
WARDEN
FLORIDA STATE PRISON

8/18/11

K. Adams
SIGNATURE AND TYPED OR PRINTED NAME
OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR
SECRETARY'S REPRESENTATIVE

DATE

COPY DISTRIBUTION - INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

MAILED
AUG 2 4 2011
FSP GRIEVANCE OFFICE

**PART B - RESPONSE**

| LOGAN, JAMES | Y00683 | 11-6-26688 | FLORIDA STATE PRISON | B1130S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the institutional level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your issues regarding your disciplinary report for (1-18) on 08/14/2011, your close management review and privileges are separate issues and should be grieved as such, also, being initiated at the appropriate level.

Your administrative appeal is denied.

C. Neel

SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE

DATE: 09/07/2011

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

breadth of security violation (SEE) 33-601.800.(A)(6)(b). Policy which states that two officers shall be present upon a C.M.(N) cell is roll open. I contends I was a C.M.(2) inmate housed on a All C.M.(1) d/c status wing on D-wing at the time of this incident pending C.M. review to go to C.M.(3) due to me been 13th months d/r free. I also contends as a C.M.I. inmate is been escorted two officers shall be with him or her and no other movement shall occurred until the inmate is secured. I contends inmate Jones was a high security inmate at time of incident dated 8-14-11 and still remained a high security inmate. I contends Sgt. Cowan, c/o Cauthen c/o Gray all knew at no time no inmate shall be escorted till inmate Jones proper secured into the shower holding cell before any other movement is done. I contends inmate Jones housed in B112b and when pull out by only one officer which was Sgt. Cowan which should have had another c/o to help pull this high security inmate and secured him into the shower holding cells before pulling me out my cell with only one officer present at my cell front who failed to properly secured me in cuffs. (SEE) 33-601.800.(A)(6)(b) policy. And Review fix-wing cameras thats been preserved accordingly 33-602.033-(4)(6)(7)(a2) policy for federal litigation evidence. As this inmate Jones only been escorted by Sgt. Cowan as c/o Cauthen roll my cell door only with c/o Gray at my cell front the cameras will show I exit my cell B1130s inmate Jones who is a high security inmate walk upon me in aggression manner with his hands behind his ~~_____~~ back which I contends I didn't know what he had in his hands. At such time I tried to get out of his way, as he tried to get behind me, which at that time I turn sideway trying to avoid contact with this high security inmate. At this time my cuff on my right hand came off my hand which ~~_____~~ cause me to react to the inmate aggression as he act as he was in attack mood which cause me to react in self defense. If not for security breadth violation this incident wouldn't have

pg 2.

**DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED SEP 08 2011
DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCES

TO: ☐ Warden   ☐ Assistant Warden   ☒ Secretary, Florida Department of Corrections

From: LOGAN    JAMES    _____    400683    FSP
     Last      First    Middle Initial   Number   Institution

"Civil Action will be brought"    11-6-26688

### Part A – Inmate Grievance

I am Appealing the institutional decision in regards denying my timely filed grievance dated August 14, 2011. Grievance was submitted as a grievance of a sensitive nature due to Sgt. Cowan, C/O C. Gray, C/O C. Cauthen all breadth security violation which violated 33-601.800.(4)(A)(a)(b) Policy. At Approx 8:40 p.m. through 8:55 p.m. Please Review Fix-Wind cameras information and personal Review All videotapes and saved accordingly 33-602-033.(4)(1)(D)(12) Policy. For Federal litigation evidence: the warden Mr. Singer, and Ms. K. Adams fails to Review the videotapes which I informed them to do as the Fix-Wind videos on B-Wing downstairs will support my position that the Above officers breadth security by pulling a high-security inmate name Eddie Jones #084327 with only one officer at cell front. At B-1126s: these officers placed my life in danger which C/O Gray fail to proper secured me in handcuffs breathing security in violation of 33-601.800.(4)(A)(a)(b) Policy. C/O Gray is a Rookie officer that was at my cell B1180s as my cell door was roll by C/O Cauthen with a knowingly maliciously intent to placed my life and safety in danger act with bad faith gross negligence in violation of 768.28.(A) F.S. and 944.35. F.S. in violation of my 8th and 14th U.S. Constitutional By Security

8-28-11
DATE

James Logan 400683
SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / _James Logan_
                                                                        #      Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

1108-205-246

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: _____       _____
                           (Date)                                                    (Received By)
                                                                                     6E (205)

DISTRIBUTION:   INSTITUTION/FACILITY      CENTRAL OFFICE
                INMATE (2 Copies)         INMATE
                INMATE'S FILE             INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                          CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

HAPPEN PERIOD. AS THE CAMERAS WILL SHOW INMATE JONES HOUSE IN (100)(20) HE SHOULD HAVE BEEN SECURED INTO THE SHOWER HOLDING CELL BEFORE I GOT PULL OUT OF BI30 THATS REQUIRE BY 33-601.800.(A)(a)(b) POLICY. THE UNPROFESSION MISCONDUCT BY SGT. COWAN, C/O C. GRAY AND C/O C. CAUTHEN BREADTH OF SECURITY VIOLATION TO INJURY ME WITH GREAT BODY HARM BY PLACING MY LIFE IN DANGER OUT OF RETALIATIONS DUE TO MY LAWSUE THATS PENDING IN THE 11TH CIRCUIT COURT OF APPEALS UNDER CASE NO. 11-10695 (b). THESE OFFICERS DONE RETALIATED WITH DIRS TO INJURY ME MENTALLY AS I WAS 13TH MONTHS DIR FREE GOING TO C.M.(3) AS I WAS A C.M.(2) INMATE. BY THESE OFFICERS MISCONDUCT BREADTH OF SECURITY BY FAILING TO SECURED ME IN CUFFS PROPERLY VIOLATED 33-601.800.(A)(a)(b) POLICY. WHICH THE CAMERAS WILL SHOW INMATE JONES UPON ME AND AGAINST ME WHILE ALL C/OS STOOD WATCHING AS THIS HIGH SECURITY INMATE CAME UPON ME IN AGGRESSION MANNERS HOW I AM BEEN RETALIATED AGAINST BY THESE SAME OFFICERS THAT VIOLATED THEIR OWN RULES WITH DIRS CAUSING ME TO HAVE A MAJOR SET-BACK DUE TO THEIR UNPROFESSIONAL ERRORS BREADTHIN SECURITY PLACING MY LIFE IN DANGER. I AM REQUESTING THAT THIS OFFICE DESTROY THOSE DIRS THAT AROSED OUT THIS INCIDENT AND HAVE ME PLACE ON C.M.(3) WHICH I WOULD HAVE WENT TO UPON MY REVIEW PERIOD ON AUGUST 25-11 AND HAVE MY VISIT RESTATED AS IT HAS BEEN SPENDED DUE TO VINDICTIVENESS PROSECUTION BY MS. A. SEAY, LT. SANDERS AND MRS. J.R. MCLELLAN WHEN THEY KNOW FOR THE EVIDENCES SECURITY BREADTH OCCURRED DUE TO SECURITY MISCONDUCT IN VIOLATION OF 601.800(A)(b). I NEED IMMEDIATELY ACTIONS DONE AS I WILL BE FILING A LAWSUE DUE TO THIS INCIDENT IF Y'ALL FAILED TO CORRECT THE ERRORS BY DESTROYING THOSE DIRS.

N.(3).c

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

JAMES ALEXANDER LOGAN          CASE NO: _____
   PLAINTIFF      PRO SE        DECLARATION
      VS                           BY
SST. COWAN ET. AL              EDDIE JONES
    DEFENDANT(S)               "CIVIL ACTION"

## DECLARATION STATEMENT

I Eddie Jones #089327 HEREBY declares on August 14, 2011, I Declare on August 14, 2011 Approximately 8:40 P.M. Through 8:55 P.M. Please Review cameras for wing video on B wing down stairs accordingly. 33-602-□□ (4)(10)(12)(00) policy. As inmate Logan James + Ypo 68.3 has requested for evidence for federal litigation I inmate Jones do declare sgt. Cowan stood by my cell and told c/o Gray to not secure inmate Logan properly with his hand cuffs do he going to set Logan up. So they can write Logan some D.R.s to stop Logan from going to C.M.3. At this time sgt. Cowan told c/o Gray the rookie officer to go to Logan cell and cuffs him up but don't secure them properly, which at that time c/o Gray left. I Declare that sgt. Cowan, c/o Gray, c/o Cauthen all breath security in violations of 33-601.800. C.M.1.1.)(6) policy. With a knowingly malicious intent to cause inmate Logan harm by using me as a pawn which I didn't know. These officers was very aware I am a high security inmate and knew two officers shall be present upon my

I Eddie Jones #089327 HEREBY do declares the foregoing statement is true and correct to the best of my knowledge and executed at Florida State Prison In And For Raiford Fla In and for Bradford County Florida on August 28, 2011.

Exhibit (C)-1-3

s/ Eddie Jones
EDDIE L. JONES
#089327
FLORIDA STATE PRISON
7819 N.W. 228th St.
Raiford, Fl 32026
HOUSED B1126S

P.(I).

**CONTINUATION OF INMATE** ~~Leave blank~~ **DECLARATION STATEMENT:** cell block peeping as well as escorting me. As my back was turned was officer Sgt. Cowan at my cell front as well. C/O Gray was the only officer at inmate Logan cell as his cell door was open. As I was passing by inmate Logan cell please recheck cameras & controls as Logan exited his cell. Sgt. Cowan told me to turn around as I aggressively walked towards Logan which I did at which time Logan tried to move out my way as Logan turned sideways his cuffs came off. That's when Sgt. Cowan push me upon inmate Logan which caused Logan to defend himself, cause he didn't know what I had in my hands behind my back. Knowing said inmate lost his life on Rising a few months ago. I contend inmate Logan never tampered with no security device at no time. This incident was setup by Sgt. Cowan, C/O Gray then to stop Logan from going to Cal. 3 as they knew Logan was 13th months D.R. free. These officers did this to write Logan these D.R.s which caused Logan to be placed on Cal. 1 from C.W.2 on August 25, 2011 based on the incident which shouldn't have transpired. These officers intentionally deliberately failed to secure me in to the shower holding cell knowing that I'm a high security inmate and what they was violating due process of procedures in violation of 33-601.800.C(4)(Cal C, CB) policy. That's why the investigation officer failed to allow to let me write a statement on August 15, 2011 concerning the incident.

I, Eddie Jones, do hereby declares under penalty of perjury that the foregoing is a true and correct statement of facts to the best of my knowledge executed at Florida State Prison at Raiford Florida In and for Bradford County Florida on August 28, 2011.

Respectfully submitted
By: Eddie Jones
Eddie L Jones
#089327
Florida State Prison
7819 N.W. 228th St.
Raiford, Fl 32026
Housed B0112S

# CONTINUATION OF STATEMENT
## DECLARATIONS STATEMENT

That transpired on August 14, 2011 on the behalf of Inmate Logan. I contends I was denied to such light by the investigating officer. I declare my life was placed in danger and jeopardy as well, Inmate Logan cause we both was set up by Sgt. Cowan, and didn't know it. I declared Inmate Logan didn't try to assault me due to my aggressive work toward Logan as I + full. Inmate Logan tried to avoid any kind of contact as he tried to step to the side his cuffs came off and his arms swung around him as in a forum to stop me from falling into him as Sgt. Cowan bump me off balance. Me and Logan never had no problem, and don't have no problems it's sad how the Warden Mr. Singer officers set up this stage to write to these DR's to stop Inmate Logan from going to CM.3 when they know he'll be going home in October coming. Will appreciate that yull dismissed those DR's that was written on Inmate Logan by C/O Gray as Sgt. Cowan, C/O Cauthen intentionally breached security procedures to set Logan up, as calling themselves using me as a scapegoat to utilizing their retaliation scheme against Inmate Logan. On August 14, 2011 in violation of Inmate Logan 1st, 8th and 14th U.S. constitutionality as well in violations of Article I.9 Florida constitution as well procedures violations (citing) 33-601.800.(R)(A)(C.)(C6). Policy. As those officers acts in bad faith gross negligence in violation of 944.35.1. and 768.28. F.S.

I Eddie Jones do hereby declares under penalty of perjury that the foregoing is a true and correct statement of facts to the best of my knowledge executed at Florida State Prison in am for Bradford County Florida on August 28, 2011

S/ Eddie Jones
EDDIE JONES
#089327
FLORIDA STATE
PRISON - P.O. Box
7819
22-87th St. Raiford FL
32026 - Housed
at U3112G.