## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JAMES ALEXANDER LOGAN,

      Plaintiff,

v.                                     Case No. 3:07-cv-1156-J-JBT

CAPT. A. P. SMITH, et al.,

      Defendants.

_____

### VERDICT FORM

WE THE JURY unanimously return the following verdict:

Do you find from a preponderance of the evidence:

1.    That, on August 30, 2007, each defendant listed below intentionally committed acts that violated the Plaintiff's constitutional right not to be subjected to excessive or unreasonable force?

      A.    Andrew P. Smith    YES _____ NO __✓__

      B.    R. J. Bonsall    YES _____ NO __✓__

      C.    Michael Riley    YES _____ NO __✓__

      D.    Darrell Kennington  YES _____ NO __✓__

      E.    Daren Williams    YES _____ NO __✓__

      F.    Jason Silcox    YES _____ NO __✓__

**STOP AND READ CAREFULLY**: If you answered "YES" to any part of question 1, continue to question 2. If you answered "NO" to all parts of question 1, skip the next question and proceed to question 3.

2.    That, on August 30, 2007, each defendant listed below had the ability to intervene to stop the excessive or unreasonable force, but intentionally failed to intervene?

      A.    Andrew P. Smith   YES _____ NO _____

    B.    R. J. Bonsall    YES _____ NO _____

    C.    Michael Riley    YES _____ NO _____

    D.    Darrell Kennington    YES _____ NO _____

    E.    Daren Williams    YES _____ NO _____

    F.    Jason Silcox    YES _____ NO _____

    G.    K. N. Lingis    YES _____ NO _____

    H.    W. Godwin    YES _____ NO _____

    I.    T. A. Fowler    YES _____ NO _____

    J.    Nurse T. M. Parrish    YES _____ NO _____

[Continue to the next question.]

3.    That, on August 30, 2007, each defendant listed below intentionally committed the tort of assault under Florida law on the Plaintiff?

    A.    Andrew P. Smith    YES _____ NO \_\_✓\_\_

    B.    R. J. Bonsall    YES _____ NO \_\_✓\_\_

    C.    Michael Riley    YES _____ NO \_\_✓\_\_

    D.    Darrell Kennington    YES _____ NO \_\_✓\_\_

    E.    Daren Williams    YES _____ NO \_\_✓\_\_

    F.    Jason Silcox    YES _____ NO \_\_✓\_\_

[Continue to the next question.]

4.    That, on August 30, 2007, each defendant listed below intentionally committed the tort of battery under Florida law on the Plaintiff?

    A.    Andrew P. Smith    YES _____ NO \_\_✓\_\_

    B.    R. J. Bonsall    YES _____ NO \_\_✓\_\_

    C.    Michael Riley    YES _____ NO \_\_✓\_\_

  D.  Darrell Kennington YES _____ NO  ✓\_\_\_\_

  E.  Daren Williams  YES _____ NO  ✓\_\_\_\_

  F.  Jason Silcox   YES _____ NO  ✓\_\_\_\_

**STOP AND READ CAREFULLY**: If you answered "YES" to any of the foregoing questions, continue to question 5. If you did not answer "YES" to any of the foregoing questions, skip question 5 and proceed to question 6.

5. As to only those defendants for which you answered "YES" in questions 1, 2, 3, or 4 above, that such defendant's act(s) or failure to act was the proximate or legal cause of damages sustained by the Plaintiff?

  A.  Andrew P. Smith  YES _____ NO _____

  B.  R. J. Bonsall   YES _____ NO _____

  C.  Michael Riley   YES _____ NO _____

  D.  Darrell Kennington YES _____ NO _____

  E.  Daren Williams  YES _____ NO _____

  F.  Jason Silcox   YES _____ NO _____

  G.  K. N. Lingis   YES _____ NO _____

  H.  W. Godwin   YES _____ NO _____

  I.  T. A. Fowler   YES _____ NO _____

  J.  Nurse T. M. Parrish YES _____ NO _____

[Continue to the next question.]

6. That, on August 30, 2007, when Nurse T. M. Parrish examined the Plaintiff, he showed deliberate indifference to the Plaintiff's serious medical needs in violation of the Plaintiff's federal constitutional rights?

  YES _____ NO \_X\_\_\_

[If you answered "YES" to question 6, continue to the next question. If you answered "NO" to question 6, skip the next question and proceed to question 8.]

7.  That, on August 30, 2007, Nurse T. M. Parrish's act(s) or failure to act was the proximate or legal cause of damages sustained by the Plaintiff?

    YES _____ NO _____

[Continue to the next question.]

8.  That, on August 31, 2007, when William Mathews, P.A., examined the Plaintiff, he showed deliberate indifference to the Plaintiff's serious medical needs in violation of the Plaintiff's federal constitutional rights?

    YES _____ NO __X__

[If you answered "YES" to question 8, continue to the next question. If you answered "NO" to question 8, skip the next question and proceed to the instructions prior to question 10.]

9.  That, on August 31, 2007, William Mathews's act(s) or failure to act was the proximate or legal cause of damages sustained by the Plaintiff?

    YES _____ NO _____

**STOP AND READ CAREFULLY**: Answer question 10.A. only if you answered "YES" to any part of questions 5, 7, or 9. If you did not answer "YES" to any part of questions 5, 7, or 9, do not answer any part of question 10, and the foreperson should sign and date this verdict form on the last page.

10. Damages:

    A.  As a result of any of the defendants' act(s) or failure to act, that the Plaintiff incurred a physical injury that was more than a de minimis injury?

        YES _____ NO _____

[If you answered "YES" to question 10.A., continue to questions 10.B. and 10.C. If you answered "NO" to question 10.A., do not answer any more questions and have the foreperson sign and date this verdict form on the last page.]

    B.  As to only those defendants for which you answered "YES" in questions 5, 7, or 9: That the Plaintiff should be awarded damages to compensate for his physical injury as well as emotional pain and mental anguish against such defendants?

        i.  Andrew P. Smith    YES _____ NO _____

            If "YES," in what amount:$_____

4

ii.     R. J. Bonsall          YES _____ NO _____

        If "YES," in what amount:$_____

iii.    Michael Riley          YES _____ NO _____

        If "YES," in what amount:$_____

iv.     Darrell Kennington     YES _____ NO _____

        If "YES," in what amount:$_____

v.      Daren Williams         YES _____ NO _____

        If "YES," in what amount:$_____

vi.     Jason Silcox           YES _____ NO _____

        If "YES," in what amount:$_____

vii.    K.N. Lingis            YES _____ NO _____

        If "YES," in what amount:$_____

viii.   W. Godwin              YES _____ NO _____

        If "YES," in what amount:$_____

ix.     T. A. Fowler           YES _____ NO _____

        If "YES," in what amount:$_____

x.      Nurse T. M. Parrish  YES _____        NO _____

        If "YES," in what amount:$_____

xi.     William Mathews, P.A. YES _____        NO _____

        If "YES," in what amount:$_____


[Continue to the next question.]

C.   As to only those defendants for which you answered "YES" in questions 5, 7, or 9: That such defendants acted with malice or reckless indifference to the Plaintiff's federally protected rights and that punitive damages should be assessed against such defendant?

     i.     Andrew P. Smith     YES _____ NO _____

              If "YES," in what amount:$_____

     ii.     R. J. Bonsall     YES _____ NO _____

              If "YES," in what amount:$_____

     iii.     Michael Riley     YES _____ NO _____

              If "YES," in what amount:$_____

     iv.     Darrell Kennington     YES _____ NO _____

              If "YES," in what amount:$_____

     v.     Daren Williams     YES _____ NO _____

              If "YES," in what amount:$_____

     vi.     Jason Silcox     YES _____ NO _____

              If "YES," in what amount:$_____

     vii.     K.N. Lingis     YES _____ NO _____

              If "YES," in what amount:$_____

     viii.     W. Godwin     YES _____ NO _____

              If "YES," in what amount:$_____

     ix.     T. A. Fowler     YES _____ NO _____

              If "YES," in what amount:$_____

     x.     Nurse T. M. Parrish  YES _____     NO _____

              If "YES," in what amount:$_____

6

xi.   William Mathews, P.A. YES _____     NO _____

If "YES," in what amount:$_____

Once this verdict form has been completed, the foreperson should sign and date it.

SO SAY WE ALL on February ___9___, 2017.

_____
FOREPERSON SIGNATURE

LAWRENCE R. DOWLING